## UNITED STATES DISTRICT COURT
### District of Massachusetts

| | | |
|---|---|---|
| HECTOR L. REYES, | ) | JUDGMENT |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-30086-KPN |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security Administration, | ) | |
| Defendant | ) | |

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

In accord with the court's Memorandum and Order dated March27 30, 2012, judgment is hereby entered for Plaintiff, Hector L. Reyes.


April 2,  2012                                         Sarah A. Thornton                     
Date                                                         Clerk

                                            By:     /s/ Bethaney A. Healy                
                                                         Deputy Clerk